# EXHIBIT N

# Brian Field

| | |
|---|---|
| **From:** | Michael Zummer <mzummer@empowr.us> |
| **Sent:** | Monday, August 19, 2024 7:01 PM |
| **To:** | Tiernan, Kevin (NSD); tl@empowr.us |
| **Cc:** | jf@empowr.us; ax@empowr.us; rs@empowr.us; NSDFOIA (NSD); Brian Field |
| **Subject:** | Re: 24-434 (Leavitt) |

Hey Kevin,

I apologize for the delay, but, upon further reflection, Empower Oversight doesn't believe any narrowing or clarification is necessary.

Thank you for reaching out,

Mike Zummer

---

**From:** Michael Zummer <mzummer@empowr.us>
**Sent:** Tuesday, August 6, 2024 4:11 PM
**To:** Tiernan, Kevin (NSD) <Kevin.Tiernan@usdoj.gov>; tl@empowr.us <tl@empowr.us>
**Cc:** jf@empowr.us <jf@empowr.us>; ax@empowr.us <ax@empowr.us>; rs@empowr.us <rs@empowr.us>; NSDFOIA (NSD) <NSDFOIA@usdoj.gov>
**Subject:** Re: 24-434 (Leavitt)

Hey Kevin,

I apologize for the delay. We are pulling together some additional information and should have that to you by early next week.

Thank you,

Mike Zummer

---

**From:** Tiernan, Kevin (NSD) <Kevin.Tiernan@usdoj.gov>
**Sent:** Tuesday, August 6, 2024 4:30 PM
**To:** tl@empowr.us <tl@empowr.us>
**Cc:** mzummer@empowr.us <mzummer@empowr.us>; jf@empowr.us <jf@empowr.us>; ax@empowr.us <ax@empowr.us>; rs@empowr.us <rs@empowr.us>; NSDFOIA (NSD) <NSDFOIA@usdoj.gov>
**Subject:** 24-434 (Leavitt)

Dear Mr. Leavitt:

In our acknowledgement letter of July 5, 2024, we ask for clarification for three items in your FOIA request, NSD 24-434.  From that letter –

*"Specifically, the following are vague and/or would likely result in an unreasonably burdensome search:*
*• Item no. 6(e), requests all communication discussing "[a]ny member of Congress." As written, this requests all communication, notes of meetings and messages over a two-month period that mentions any member of Congress for*

*any reason. We invite you to make a clearer or less burdensome request regarding this sub-item. If desired, please feel free to contact our office for assistance.*

*• For item no. 6(f), requests all communication discussing "[a]ny staffer of a member of Congress." As written, this requests all communication, notes of meetings and messages over a two-month period that mentions any staffer of a member of Congress for any reason. We invite you to make a clearer or less burdensome request regarding this sub-item. If desired, please feel free to contact our office for assistance.*

*In addition, for item no. 6(h), while not required for us to process your request, if you have the NSD FOIA tracking numbers associated with the "four other referenced Empower Oversight FOIA requests", such information would be useful in readily identifying potentially responsive records for this sub-item."*

I am writing to ask whether you are able to provide any additional information, clarification, or narrowing to assist us in conducting searches for records responsive to these three items.

Please let me know if it would be helpful to discuss this or any other matter relating to your request.

Thank you,
Kevin

Kevin G. Tiernan
Records and FOIA
National Security Division
202-233-0755