UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2462 (DLF) |

### CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Department of Justice ("DOJ") respectfully moves for an approximately two-week extension of time to file its answer or other responsive pleading in this Freedom of Information Act ("FOIA") matter, to November 1, 2024. Plaintiff consents to the requested relief. As support for this Motion, Defendant states as follows:

1. Plaintiff initiated this FOIA litigation on August 29, 2024, seeking relief in connection with five FOIA requests Plaintiff submitted to the Department. *See generally* Compl. ¶¶ 17–37. Defendant's answer is currently due on October 15, 2024.

2. As previously reported, the undersigned counsel recently received this Complaint, and was able this week to identify and confer with the various agency counsel handling the FOIA requests at issue in this matter to map a path forward, including determining how to respond to the Complaint. Defendant seeks this brief two-week extension to permit time for Defendants to prepare their responsive pleading, accounting for certain agency counsel's pre-planned absence from the office next week.

3.      Defendants contacted Plaintiff, through counsel, on October 9, 2024, to request consent to the additional time requested herein. Plaintiff's counsel responded on October 11, 2024, graciously consenting to the extension to November 1, 2024.

4.      Good cause exists to grant the requested extension of time. This is Defendant's second request for the extension of its answer deadline. Defendants are working diligently to prepare a response to the Complaint, having required an initial period of time to confer regarding how best to handle this litigation. The additional time will permit government counsel, including agency counsel at the various DOJ components implicated by the FOIA requests at issue, to draft Defendants' response to the Complaint. Plaintiff consents to the relief requested. Therefore, no party will be prejudiced should the Court grant this relief.

WHEREFORE Defendant respectfully requests that the Court grant this Motion and extend Defendant's time to answer or otherwise respond to the Complaint to November 1, 2024.

Dated: October 11, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

  /s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW
D.C. Bar # 1044448
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: 202-252-2529
Email: Tabitha.Bartholomew@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2462 (DLF) |

**PROPOSED ORDER**

Upon consideration of Defendant's consent motion for an extension of time to answer the Complaint, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendant's answer or other responsive pleading shall be filed on or before November 1, 2024.

SO ORDERED.

Date: _____       _____

United States District Judge