UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2462 (DLF) |

## JOINT STATUS REPORT

In accordance with the Court's November 19, 2024 Minute Order, the parties having conferred respectfully submit the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. Plaintiff initiated this FOIA litigation on August 29, 2024, seeking relief in connection with five FOIA requests submitted to the Department of Justice ("Department"). *See generally* Compl. ¶¶ 17–37. Defendant filed its answer on November 5, 2024. ECF No. 10.

2. Defendant reports that Plaintiff's FOIA requests were directed to or are being processed by three of the Department's components: the Executive Office of United States Attorneys ("EOUSA"); the Office of Information Policy ("OIP"), and the National Security Division ("NSD").

3. EOUSA reports that its search for records responsive to Request Nos. 1-5 (as identified in the Complaint) is ongoing. EOUSA expects to have the bulk, if not all, of the search results before the end of January 2025.

1

4. OIP reports that with respect to Parts 1-4 and 6 of Plaintiff's Request No. 1, OIP understands that these portions are seeking EOUSA records. As such, OIP's search is limited to Parts 5 and 7 of the request. OIP's search is pending as the parties continue to negotiate a narrowed search with respect to Part 7, which, among other parameters, will dictate the number of custodians to be searched. OIP will promptly update its search after working with Plaintiff to narrow the scope of Part 7.

5. NSD reports that with respect to Parts 1–4 of Request No. 5, NSD's acknowledgment letter informed Plaintiff that those portions of the request are directed to EOUSA, and that NSD's search is limited to Parts 5 and 6 of Request No. 5. As previously reported, NSD has conducted an initial search for records responsive to Part 5 of Request No. 5, resulting the identification of over 500 potentially responsive records. NSD's search for records responsive to Part 6 of Request No. 5 is ongoing.

6. As the Department's search for records responsive to Plaintiff's five FOIA requests is ongoing, the Department is not currently able to provide the anticipated number of documents responsive to the request or the anticipated date(s) for release of the requested documents.

7. The parties propose that they file another joint status report no later than January 17, 2025, as provided in the accompanying Proposed Order, to apprise the Court of the status of Defendant's processing of Plaintiff's requests.

Dated: December 18, 2024

*/s/ Brian J. Field*
Brian J. Field, D.C. Bar #958877
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

Washington, DC 20006  
Phone: (202) 787-1060  
Email: bfield@schaerr-jaffe.com  

*Counsel for Plaintiff*

  */s/ Tabitha Bartholomew*  
TABITHA BARTHOLOMEW  
D.C. Bar # 1044448  
Assistant United States Attorney  
601 D Street, N.W.  
Washington, D.C. 20530  
(202) 252-2529  
Email: Tabitha.Bartholomew@usdoj.gov  

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT<br>WHISTLEBLOWERS & RESEARCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 24-2462 (DLF) |

**PROPOSED ORDER**

Upon review of the parties' December 18, 2024 Joint Status Report, the Court ADOPTS the parties proposed schedule, and accordingly, it is hereby

ORDERED that the parties shall file a Joint Status Report no later than January 17, 2025, to apprise the Court of the status of Defendant's processing of Plaintiff's FOIA requests.

SO ORDERED.

Date: _____           _____
　　　　　　　　　　　　　　　　　　　　　　　　　　DABNEY L. FRIEDRICH
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge