UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2462 (DLF) |

## JOINT STATUS REPORT

In accordance with the Court's February 21, 2025 Minute Order, the parties respectfully submit the following Joint Status Report in this Freedom of Information Act ("FOIA") matter:

1. Plaintiff initiated this FOIA litigation on August 29, 2024, seeking relief in connection with five FOIA requests submitted to the Department of Justice ("Department"). *See generally* Compl. ¶¶ 17–37. Defendant filed its answer on November 5, 2024. ECF No. 10.

2. Defendant reports that Plaintiff's FOIA requests were directed to or are being processed by three of the Department's components: the Executive Office of United States Attorneys ("EOUSA"); the Office of Information Policy ("OIP"), and the National Security Division ("NSD").

3. EOUSA reports that, since the last Joint Status Report, it has completed searching for responsive records and is evaluating the search returns. EOUSA will provide a response to the Plaintiff in the next thirty days.

4. OIP previously reported that with respect to Parts 1-4 and 6 of Plaintiff's Request No. 1, OIP understands that these portions are seeking EOUSA records. *See* Dec. 18, 2024 Joint

1

Status Report (ECF No. 12).  In an abundance of caution, OIP searched for records potentially responsive to Parts 1 and 4 of Plaintiff's request. Additionally, OIP updated its search for Part 7 to reflect narrowing discussions with Plaintiff's counsel.  Since the last Joint Status Report, OIP conducted a responsiveness review and sent consultations to other Executive Branch entities. Additionally, OIP sent 139 pages to EOUSA as a referral for processing and direct response to Plaintiff.  OIP will provide a response as to the material sent on consultation once that process is completed.

5. NSD previously reported that with respect to Parts 1–4 of Request No. 5, NSD's acknowledgment letter informed Plaintiff that those portions of the request are directed to EOUSA, and that NSD's search is limited to Parts 5 and 6 of Request No. 5. NSD completed its manual de-duplication and responsiveness review of the initial four hundred and fifty potentially responsive records. Of the four hundred and fifty initial records, NSD has determined that there are approximately two hundred potentially responsive records for Part 5, which NSD is currently processing. NSD has also determined that there are approximately thirty-five records that appear responsive to Part 6, all of which require consultations or referrals to other government offices. As a result, NSD does not yet have an estimate for the release of any non-exempt, responsive material from these records. NSD will endeavor to provide interim responses as consultations are returned and processing is completed for those returned portions.

6. As the Department's processing of potentially responsive records is ongoing, Defendant proposes to file a further Joint Status Report in approximately sixty days, no later than May 30, 2025.  Defendant respectfully submits that the preceding reports demonstrate that Defendant has continued to make progress with the search for and processing of potentially responsive material.

7.      Plaintiff reiterates its request that the Court order Defendant to begin processing at least 500 pages per month, releasing all responsive, non-exempt records on a monthly basis. Plaintiff made the same request in the last status report (ECF No. 14), and the Court responded by stating that it "declines to impose firm deadlines," "[a]t least at this time." Min. Order (Feb. 21, 2025). As discussed below, however, it has now become plain that an order is necessary to move this matter forward, and a routine processing-schedule order will do so most efficiently.

8.      As Plaintiff has explained in multiple status reports, Defendant has yet to release a single record to Plaintiff. *See* Jt. Status Rep. (ECF No. 13); Jr. Status Rep. (ECF No. 14). For EOUSA, Defendant continues to move its deadlines. *See* Jr. Status Rep. ¶ 4 (ECF No. 14). After stating last month that its email search was 95% complete, EOUSA now blandly reports that it is "evaluating the search returns" and that it will "provide a response" with the next month. To ensure that EOUSA's "response" is a substantive one involving processed records, Plaintiff asks the Court to enter the accompanying proposed order. For OIP, it now reports that it sent out some records for consultation. To the extent OIP has any records that were not included in those transmissions, a Court order is necessary to avoid further delay. Finally, for NSD, it has been holding onto responsive records since November 2024. *See* Jt. Status Rep. ¶ 7 (ECF No. 14). To ensure that NSD cannot delay its substance response any further, Plaintiff requests that the Court enter the accompanying proposed order, which requires Defendant to process records on a monthly basis and sets another status report deadline for April 30, 2025.

Dated: March 31, 2025                                   Respectfully submitted,

                                                        EDWARD R. MARTIN, JR., D.C. Bar
                                                        #481866
*/s/ Brian J. Field*                                    United States Attorney
Brian J. Field, D.C. Bar #958877

3

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: (202) 787-1060
Email: bfield@schaerr-jaffe.com

*Counsel for Plaintiff*

 /s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW,
   D.C. Bar # 1044448
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 24-2462 (DLF) |

## [DEFENDANT'S PROPOSED] ORDER

Upon review of the parties' March 31, 2025 Joint Status Report, it is hereby

ORDERED that the parties shall file a Joint Status Report no later than May 30, 2025, to apprise the Court of the status of Defendant's processing of Plaintiff's FOIA requests.

SO ORDERED.

Date: _____

                                                                                              DABNEY L. FRIEDRICH
                                                                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2462 (DLF) |

**[PLAINTIFF'S PROPOSED] ORDER**

Upon review of the parties' joint status report and the entire record herein, it is hereby:

ORDERED that Defendant shall process at least 500 pages per month, starting in April 2025, and shall issue all responsive, non-exempt records processed in a given month to Plaintiff by the last business day of that month. To the extent there are fewer than 500 pages ready for processing in any given month, Defendant shall process all pages that are ready for processing that month; and it is

FURTHER ORDERED that the parties shall file another joint status report by April 30, 2025.

SO ORDERED.

Date: _____                                         _____
                                                        DABNEY L. FRIEDRICH
                                                        United States District Judge