UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2462 (DLF) |

**STATUS REPORT**

Pursuant to the Court's February 10, 2026 Minute Order, the National Security Division ("NSD"), a component of Defendant Department of Justice, respectfully submits the following Status Report in this Freedom of Information Act ("FOIA") matter:

1. As previously reported, NSD has completed its processing of responsive records that solely contain NSD equities. Since the last Joint Status Report, NSD issued its seventh interim response to Plaintiff's FOIA request on February 17, 2026, after 15 pages were returned following a consultation, in which it withheld 5 pages in part and 10 pages in full.

2. NSD is currently awaiting the return of consultations from another federal office, which comprise approximately 61 pages. NSD has informed the other office of the Court's recent order. NSD anticipates that NSD will be able to issue its final decision no later than April 20, 2026.

3. Defendant proposes that the parties file a further Joint Status Report on or by April 20, 2026.

Dated: February 18, 2026                   Respectfully submitted,

                                           JEANINE FERRIS PIRRO
                                           United States Attorney

By: /s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW,
  D.C. Bar # 1044448
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT<br>WHISTLEBLOWERS & RESEARCH,<br><br>   Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 24-2462 (DLF) |

### **[PROPOSED] ORDER**

  Upon review of Defendant's February 18, 2026 Joint Status Report, it is hereby

  ORDERED that the parties shall file a Joint Status Report no later than April 20, 2026, to apprise the Court of the status of Defendant's processing of Plaintiff's FOIA requests.

SO ORDERED.

Date: _____       _____
                            DABNEY L. FRIEDRICH
                            United States District Judge